**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andre Almond Dennison,<br><br>            Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>            Defendants. | No. CV 11-2293-PHX-SRB (JFM)<br><br>**ORDER** |

On July 3 and 23, 2012 Defendant Betty Ulibarri ("Ulibarri") filed identical documents entitled "Answer to Plaintiff's Complaint, Request Dismissal of Complaint and Motion to Vacate Default Judgment." (Docs. 49 and 64). Plaintiff filed his Response to the Motion to Vacate Default Judgment on July 26, 2012. Ulibarri did not file a reply.

On August 7, 2012, the Magistrate Judge issued his Report and Recommendation recommending that Ulibarri's Motion to Vacate Default Judgment be denied.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

///

1   The Court finds itself in agreement with the Report and Recommendation of the
2 Magistrate Judge.
3   IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4 as the Order of this Court.
5   IT IS FURTHER ORDERED denying Defendant Ulibarri's Motion to Vacate Default
6 Judgment. (Docs. 49 and 64)

8   DATED this 12th day of September, 2012.

_____
Susan R. Bolton
United States District Judge